396 A.2d 62

Kubiak et ux., Appellants, v. Porter et al.

Argued April 11, 1978.  Rodney W. Fink, for appellants;  Robert S. Grigsby, for appellees.

Order affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 62

Mills et al. v. Rosengrant et al., Appellant et al.

Submitted March 29, 1978.  James D. Morris, for appellant;  Gifford S. Cappellini, for appellees, Mills;  Joseph V. Kasper, for appellee, Rosengrant;  Don Marx, appellee, in pro. per.;  Daniel Flannery, for appellee, Rushkowski;  Ralph J. Johnston, for appellee, Wilkes-Barre Area School District.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.